UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 15-10687-F
_____

MICHAEL KNIGHT and LATASHA CURE,

Plaintiffs/Appellants,

v.

MIAMI-DADE COUNTY, et al.,

Defendants/Appellees.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
HON. EDWIN G. TORRES, MAGISTRATE JUDGE
_____

APPELLANTS' CERTIFICATE OF INTERESTED PERSONS
_____

| | |
|---|---|
| **BENEDICT P. KUEHNE** | **JEFFERY L. ALLEN** |
| **SUSAN DMITROVSKY** | **LAW OFFICES OF JEFFERY L.** |
| **MICHAEL T. DAVIS** | **ALLEN & ASSOCIATES** |
| **LAW OFFICE OF** | 19 West Flagler Street, Ste. 210 |
| **BENEDICT P. KUEHNE, P.A.** | Miami, FL 33130-4421 |
| Miami Tower, Suite 3550 | Tel: 305.371.8773 |
| 100 S.E. 2nd St. | Fax: 305.371.8772 |
| Miami, FL 33131-2154 | allenesq@bellsouth.net |
| Tel: 305.789.5989 | *Cocounsel for Appellants* |
| Fax: 305.789.5987 | *Michael Knight & Latasha Cure* |
| *Counsel for Appellants* | |
| *Michael Knight & Latasha Cure* | |

## **CERTIFICATE OF INTERESTED PERSONS**

Counsel for appellants Michael Knight and Latasha Cure certifies the following is a complete list of the persons and entities who may have an interest in the outcome of this case:

Jeffery L. Allen

Latasha Cure

Michael T. Davis

Susan Dmitrovsky

Terry Goldston

Ezra S. Greenberg

Cheryl Denise Kerr

Michael Knight

Benedict P. Kuehne

Law Office of Benedict P. Kuehne, P.A.

James Loftus

Michael Mendez

Miami-Dade County

Miami-Dade Police Department

Marlon D. Moffett

Robert Parker

Richard Raphael

Ryan Robinson

Bernard Pastor

Hon. Edwin G. Torres

Rachel C. Walters

| | Respectfully submitted, |
|---|---|
| **LAW OFFICES OF JEFFERY L. ALLEN & ASSOCIATES**<br>19 West Flagler Street, Ste. 210<br>Miami, FL 33130<br>Tel: 305.371.8773<br>Fax: 305.371.8772<br>allenesq@bellsouth.net<br><br>By: *S/ Jeffery L. Allen*<br>**JEFFERY L. ALLEN**<br>**Florida Bar No. 0052582** | **LAW OFFICE OF BENEDICT P. KUEHNE, P.A.**<br>Miami Tower, Suite 3550<br>100 S.E. 2nd St.<br>Miami, FL 33131-2154<br>Telephone: 305.789.5989<br>Fax: 305.789.5987<br>ben.kuehne@kuehnelaw.com<br><br>By: *S/ Benedict P. Kuehne*<br>**BENEDICT P. KUEHNE**<br>**Florida Bar No. 233293**<br>**SUSAN DMITROVSKY**<br>**Florida Bar No. 0073296**<br>**MICHAEL T. DAVIS**<br>**Florida Bar No. 63374** |

## CERTIFICATE OF SERVICE

The foregoing was filed with CM/ECF on March 9, 2015, to:

Bernard Pastor
Assistant County Attorney
Miami-Dade County's Attorney's Office
111 N. W. 1st Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
pastor@miamidade.gov

By: *s/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**